## N.C. BD. OF EXAM. FOR SPEECH PATH. v. N.C. STATE BD. OF EDUC.

No. 177A96

Case below: 122 N.C. App. 15

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals allowed 12 June 1996.

## N.C. CHIROPRACTIC ASSN. v. N.C. STATE BD. OF EDUC.

No. 176PA96

Case below: 122 N.C. App. 122

Petition by petitioner (N.C. Chiropractic Assn.) for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## N.C. FARM BUREAU MUT. INS. CO. v. STAMPER

No. 226P96

Case below: 122 N.C. App. 254

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.

## OWEN v. UNC-G PHYSICAL PLANT

No. 162PA96

Case below: 121 N.C. App. 682

Petition by Attorney General for writ of supersedeas allowed 12 June 1996. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 12 June 1996.

## PITTMAN v. THOMAS & HOWARD

No. 204P96

Case below: 122 N.C. App. 124

Petition by plaintiff or discretionary review pursuant to G.S. 7A-31 denied 12 June 1996.